# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

RONALD QUAVE

NO. 2024 KW 1261

**FEBRUARY 24, 2025**

---

In Re:    Ronald Quave, applying for supervisory writs, 21st Judicial District Court, Parish of Livingston, No. 42385.

---

**BEFORE:  McCLENDON, C.J., LANIER AND BALFOUR, JJ.**

**WRIT DENIED ON THE SHOWING MADE.** Relator failed to include the application for postconviction relief, the trial court's ruling, pertinent bills of information, pertinent minutes, a sentencing transcript, and any other portions of the district court record that might support the claims raised in the application for postconviction relief. Supplementation of this writ application and/or an application for rehearing will not be considered. See Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9. Any future filing on this issue should include the entire contents of this application, the missing items noted above, and a copy of this ruling.

**PMc**
**WIL**
**KEB**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT